**Electronically Filed**
**Supreme Court**
**SCWC-16-0000878**
**20-MAR-2018**
**12:06 PM**

SCWC-16-0000878

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

AARON SOARES,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000878; 1DCW-16-0001195)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Aaron Soares'

application for writ of certiorari filed on February 5, 2018, is

hereby rejected.

DATED: Honolulu, Hawai'i, March 20, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

